**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2427**

---

WOJCIECH M. TURKOWSKI,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals.  (A28-886-342)

---

Submitted:  April 20, 1999                 Decided:  May 3, 1999

---

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Wojciech M. Turkowski, Petitioner Pro Se.  Marion Edward Guyton, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wojciech Turkowski petitions for review of a final order of the Board of Immigration Appeals ("Board") denying his application for asylum and withholding of deportation.  Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error.  Accordingly, we affirm on the reasoning of the Board.  In re Turkowski, No. A28-886-342 (Bd. Imm. App., Aug. 27, 1998).  Turkowski's motions to dismiss Respondent's counsel, to deny Respondent an extension of time to file a brief, and to transfer his case to a criminal court are denied.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.


AFFIRMED